UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PAUL A. GUTHRIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:13-cv-0080-JMS-DKL |
| | ) | |
| BARACK HUSSEIN OBAMA, II, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# E N T R Y

The motion for service by U.S. Marshals [12] is **denied** as unwarranted at this point because this case has been closed. If the action is re-opened and if service of process is warranted, that step will be taken. This will be done as a matter of course because the plaintiff sought and was granted leave to proceed *in forma pauperis.* 28 U.S.C. ' 1915(c) ("The officers of the court shall issue and serve all process, and perform all duties in [in forma pauperis] cases.@

**IT IS SO ORDERED.**

Date: 01/30/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Paul A. Guthrie
7797 South Carefree Drive
Pendleton, IN 46064